UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-88-2BO
No. 7:12-CR-88-4BO
No. 7:12-CR-88-5BO
No. 7:12-CR-88-6BO
No. 7:12-CR-88-7BO
No. 7:12-CR-88-8BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HUMBERTO ROJAS-DIAZ ) | |
| KELLY RAY CHAVIS ) | |
| JAMES HOWELL OXENDINE ) | |
| DAVID PRADO ) | |
| WILLIAM GERARDO ALVARADO PARRA ) | |
| SHANE LORENZO STEWART ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the Superseding Indictment and all related filings in this matter be sealed pending the arrest of defendants Kelly Ray Chavis and James Howell Oxendine, except that copies be provided to the United States Attorney's Office for the Eastern District of North Carolina, the United States Attorney's Office in any other district where Defendants may be brought for their initial appearance, and any law enforcement agency that may be called upon to assist in the arrest of the named defendants.

SO ORDERED.

This the 17th day of April, 2013.

_____
United States Magistrate Judge