UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:12-CR-88-2BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HUMBERTO ROJAS-DIAZ | ) | |

For good cause shown, the United States' motion to seal its ex parte motion is hereby GRANTED.

SO ORDERED.

This the __17__ day of September, 2013.

TERRENCE W. BOYLE
United States District Judge