IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CR-88-2BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HUMBERTO ROJAS-DIAZ | ) | |

Defendant's arraignment having been conducted on October 16, 2013, trial in this matter is hereby set, upon mutual agreement of the parties, for the Court's December 10, 2013, term.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED this the 17 day of October, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE