# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Humberto Rojas-Diaz

## JUDGMENT OF ACQUITTAL

CASE NUMBER:  7:12-CR-88-2BO

The Defendant was found not guilty as to Count 4ss by the Fourth Circuit Court of Appeals.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

Terrence W. Boyle  U.S. District Judge
Name of Judge  Title of Judge

10/4/2017
Date