# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

United States of America )
v. )
Humberto Rojas-Diaz )
) Case No:  7:12-CR-88-2BO
) USM No:  56413-056
Date of Original Judgment:          May 30, 2014          )
Date of Previous Amended Judgment:          ) Suzanne Little
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  360          months **is reduced to**  292 months on each of Counts 1 and 6, concurrent.  Count 5 remains 240 months, concurrent.

This judgment was amended to comply with the acquittal on Count 4 upon appeal.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 30, 2014, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  10/4/2017

*Judge's signature*

Effective Date:  
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*